IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES BERNARD ROBINSON, JR.,

       Appellant,

 v.

Case No.  5D22-1723
LT Case No. 2019-CF-031927-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed October 11, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Charles Bernard Robinson, Jr.,
Cross City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EDWARDS, JJ., concur.